

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERT RAMIREZ, | § | No. 08-12-00010-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20090D03210) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and render Appellant indigent, for the purposes of a trial transcript at county expense and appointed counsel to represent Appellant on appeal, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.